PROB 12A
(7/93)

Report Date: April 28, 2006

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Thomas J. Curran                     Case Number: 2:99CR00103-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 11/04/1999                  Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)    Date Supervision Commenced: 04/09/2004

Original Sentence: Prison - 65 Months; TSR - 36 Months    Date Supervision Expires: 04/08/2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Special Condition #14**: The defendant shall not use drugs or alcohol. |
| | **Supporting Evidence**: Joseph Curran violated conditions of supervised release by consuming crack cocaine, marijuana, Hydrocodone and alcohol on or about April 24, 2006. |

**U.S. Probation Officer Action**: As an intermediate sanction, Joseph Curran was directed to abstain from the use of controlled substances for the remainder of his period of supervision. Additionally, the frequency of urinalysis testing was increased to no less than once weekly. The offender was also directed to participate in substance abuse counseling to include group and individual meetings. The undersigned officer discussed this matter with the chemical dependency counselor and confirmed the offender will begin counseling at once.

It is hoped that the intermediate sanction imposed meets with the expectations of the Court. Please advise this officer should Your Honor require a different course of action or a court appearance by the defendant.

Respectfully submitted,

by *Tommy Ross* (signature)

Tommy Rosser
U.S. Probation Officer
Date: April 28, 2006

Prob12A
Re: Curran, Thomas J
April 28, 2006
Page 2

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

May 1, 2006
Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
### ADMISSION OF DRUG USE

I, __Curran, Thomas__, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| DRUG | DATE |
|---|---|
| 'Crack' | 4/24/06 |
| Marijuana | 4/24/06 |
| Hydrocodone & Alcohol | 4/24/06 |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _____  4/27/06
         Defendant/Offender          Date

_Tommy R_____  4/27/06
USPTSO/USPO        Date